**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**EDDIE LEE MYERS, JR.,**

    **Plaintiff,**

**v.**                                                   **Case No. 8:06-cv-809-T-23TBM**

**JOHN E. POTTER and UNITED
STATES POSTAL SERVICE,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

THIS MATTER is before the court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). Plaintiff's affidavit suggests that he is indigent and should be allowed to proceed without paying the usual filing fee for civil actions. However, 28 U.S.C. § 1915 requires the court to dismiss the case at any time if the court determines that (a) the allegation of poverty is untrue, or (b) the action is frivolous or malicious or fails to state a claim on which relief may be granted. Id. at (e)(2)(A), (B).

Upon review of Plaintiff's Complaint (Doc. 1), it is not possible to ascertain the grounds upon which Plaintiff relies to support his claims for race, disability, or age discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq.; Section 501 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 791 et seq.; and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 et seq. Although Plaintiff includes in his Complaint a statement that he was "terminated or removed from service" from his job with the U.S. Postal Service, Plaintiff does not describe the connection between his age, race, disability, or national origin and his alleged termination. Plaintiff also fails to identify the basis of the court's jurisdiction and the type of relief he is seeking. Further, Plaintiff does not identify which claims are

against the Postmaster General and which claims are against the U.S. Postal Service. Rule 8 of the Federal Rules of Civil Procedure requires that a claim for relief includes (1) a short and plain statement of the grounds upon which the court's jurisdiction depends; (2) a short and plain statement of the claim showing that pleader is entitled to relief; and (3) a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) and direct the Plaintiff to refile his claims in the form of a Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court within twenty (20) days.[1]

>Respectfully submitted on this
>17th day of May 2006.

>THOMAS B. McCOUN III
>UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; see also Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
The Honorable Steven D. Merryday, United States District Judge
Pro se Plaintiff

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the "Forms, Policies, and Publications" section of this court's website, http://www.uscourts.gov.

2