UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDDIE LEE MYERS, JR.,

    Plaintiff,

v.                              CASE NO: 8:06-cv-809-T-23TBM

JOHN E. POTTER, et al.,

    Defendants.
_____/

## ORDER

United States Magistrate Judge Thomas B. McCoun, III, issues a report (Doc. 4) and recommends that the court (1) deny without prejudice the plaintiff's motion to proceed in *forma pauperis*, (2) dismiss the complaint for failure to state a cognizable claim, and (3) direct the plaintiff to file an amended complaint. Following the Magistrate Judge's May 17, 2006, report and recommendation (Doc. 4), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**. The plaintiff's motion (Doc. 2) to proceed in *forma pauperis* is **DENIED WITHOUT PREJUDICE** and the complaint is **DISMISSED WITHOUT PREJUDICE**. On or before **June 30, 2006**, the plaintiff shall file an amended complaint in compliance with

the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. Failure to comply with this order will result in complete dismissal of this action.

ORDERED in Tampa, Florida, on June 6, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      *Pro se* plaintiff